12/05/20 11:18AM

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter __7__ |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Asclepius Laboratories, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA  Parcell Laboratories, Inc.

**3. Debtor's federal Employer Identification Number (EIN)**  
46-4606402

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o James Brigham<br>7733 Forsyth Blvd, Suite 1450<br>Saint Louis, MO 63105<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Saint Louis<br>County | **Location of principal assets, if different from principal place of business**<br>Boston, Massachusetts<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Asclepius Laboratories, Inc.**                                   Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201                       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                       page 2

Debtor __Asclepius Laboratories, Inc.__ Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Asclepius Laboratories, Inc.**                                             Case number (*if known*)
        Name

| | |
|---|---|
| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 5, 2020**
              MM / DD / YYYY

X **/s/ James Brigham**                                **James Brigham**
Signature of authorized representative of debtor        Printed name

Title

---

**18. Signature of attorney**

X **/s/ A. Thomas DeWoskin**                           Date **December 5, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**A. Thomas DeWoskin 25320**
Printed name

**Danna McKitrick, P.C.**
Firm name

**7701 Forsyth Blvd.**
**Suite 1200**
**St. Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone  **314-889-7128**       Email address  **tdewoskin@dmfirm.com**

**25320 MO**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

# United States Bankruptcy Court
### Eastern District of Missouri

In re: **Asclepius Laboratories, Inc.**

Debtor(s)

Case No.

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **3** page(s) and is true, correct and complete.

/s/ James Brigham
**James Brigham**/
Signer/Title

Dated: **December 5, 2020**

Corinne Hood Greene, Esq.
Greene & Hafer, EEC
529 Main Street, Suite 124
Charlestown, MA 02129

David Aaron Komessar
17 Kerrydale Road
Needham, MA 02492

Delaware Secretary of State
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, DE 19901

Dr. Samuel Gerber
14 Research Place
North Chelmsford, MA 01863

Emagine Communications, LLC
1082 Davol Street
Fall River, MA 02720

Esquire Moving & Storage
25 Summer Avenue
Waltham, MA 02452

Eversource
247 Station Drive
Westwood, MA 02090

Ezra Brutzkus and Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199-7601

Framingham Orthopedic Association
1094 Worcester Road
Framingham, MA 01702

Healthios Capital Markets, LLC
1101 Skokie Boulevard
Northbrook, IL 60062

Iron Mountain
1 Federal Street
Boston, MA 02110

Jason Rand
840 Winter Street
Waltham, MA 02451

```
JED Trust - V
12 Beech Court, Suite 101
Chatham, NJ 07928

JED Trust, WCP Fund IX, others
7733 Forsyth Blvd, Suite 1450
Saint Louis, MO 63105

Lampros Minos
HealthPoint
Attn:  Lampros Minos
840 Winter Street
Waltham, MA 02451

Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Lisa Roisten
214 Fountain Street
Framingham, MA 01702-6204

Middlesex Gases
292 Second Street
Everett, MA 02149

Misha Petkevich
6701 Democracy Blvd., Suite 300
Bethesda, MD 20817

Moody, Famiglietti & Andronico, LLP
1 Highwood Drive
Tewksbury, MA 01876

New England Baptist Hospital
125 Parker Hill Avenue
Boston, MA 02120

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

Orthopedics New England
313 Speen Street, #6
Natick, MA 01760

Patrideg Snow & Hahn
30 Federal Street
Boston, MA 02110

Peter C. Kim, Esq.
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
```

```
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250-0457

Rosenberg Rich Baker Berman & Co.
111 Dunnell Road, Suite 100
Maplewood, NJ 07040

Tom Pacheco
840 Winter Street
Waltham, MA 02451

UHY Advisors
15 Sunnen Drive, Suite 100
Saint Louis, MO 63143

Xerox Financial Services
201 Merritt 7
Norwalk, CT 06851
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Asclepius Laboratories, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Asclepius Laboratories, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 5, 2020**  
Date

/s/ A. Thomas DeWoskin  
A. Thomas DeWoskin 25320  
Signature of Attorney or Litigant  
Counsel for **Asclepius Laboratories, Inc.**  
Danna McKitrick, P.C.  
7701 Forsyth Blvd.  
Suite 1200  
St. Louis, MO 63105  
314-889-7128 Fax:314-725-6592  
tdewoskin@dmfirm.com